# EXHIBIT C

APPENDIX A

Fly-over Photographs



2010-11-10--10.52.51



2010-11-10--10.53.04



2010-11-10--10.52.45

2010-11-10--10.52.55



2010-11-10--10.53.08