# EXHIBIT D

APPENDIX B

Site Maps



Site Map 1



Site Map 2