# EXHIBIT E



**Site Map 3**



**Site Map 4**