# EXHIBIT F



Site Map 5



Site Map 6