# EXHIBIT G

APPENDIX C

Photograph Log and Photographs

## PHOTO LOG

The photographs were taken using a PENTAX Optio W80 digital camera during the inspection. Ashley Toy took all photographs. Original copies of the Photos are on a CD in the file. Photo coordinates were recorded using a GPS unit.

| Photo Reference | Photo Filename[1] | Coordinates Where Photo Taken | Description |
|---|---|---|---|
| Photo 1 | 2011-06-17--09.12.08.JPG | N 39.1584370667, W -78.9364804667 | GPS unit showing time of 9:12:08 AM. |
| Photo 2 | 2011-06-17--09.39.59.JPG | N 39.1582043333, W -78.9365443333 | Biosecurity warning sign at entrance to the Facility. |
| Photo 3 | 2011-06-17--09.40.13.JPG | N 39.1582016, W -78.9365518 | Lane sign at entrance to the Facility with the Pilgrim's Pride logo and the name "Tony & Lois Alt." |
| Photo 4 | 2011-06-17--09.42.04.JPG | N 39.157647, W -78.936499 | From the north end of House 1, view of the west side of House 1. Slope is away from house but inclines to the tree line. Area is predominately vegetated. Side vents and exhaust fans for the tunnel ventilation system are seen. PVC pipes low on the house are for rodent control. |
| Photo 5 | 2011-06-17--09.42.51.JPG | N 39.1576419333, W -78.9365140667 | North end of House 1. House 1 has sliding door with concrete pad. Concrete pad is width of the door (approx. 15') and extends from house (approx. 8'). |
| Photo 6 | 2011-06-17--09.45.20.JPG | N 39.1575592667, W -78.9363926 | View between House 1 (right) and House 2 (left). Feed bins in foreground with propane tanks behind feed bins. Area is predominately grassed. |
| Photo 7 | 2011-06-17--09.48.30.JPG | N 39.1574588667, W -78.9361014 | View between House 2 (right) and House 3 (left). No feed bins or propane tanks. Area is vegetated with high grasses. Side vents are seen. |
| Photo 8 | 2011-06-17--09.49.39.JPG | N 39.1572646667, W -78.935787 | View between House 3 (right) and House 4 (left). Feed bins in foreground with propane tanks behind feed bins. Area is predominately grassed. |

---

[1] Filename based on date and time photo was taken where time is expressed based on the 24 hour clock. Format is YYYY-MM-DD--HH-MM-SS.JPG.

| Photo Reference | Photo Filename[1] | Coordinates Where Photo Taken | Description |
|---|---|---|---|
| Photo 9 | 2011-06-17--09.51.37.JPG | N 39.1571116 , W -78.935456 | View between House 4 (right) and House 5 (left). No feed bins or propane tanks. Area is vegetated with high grasses. Side vents are seen. |
| Photo 10 | 2011-06-17--09.52.31.JPG | N 39.1569738 , W -78.9351196 | View between House 5 (right) and House 6 (left). Feed bins in foreground with propane tanks behind feed bins. Area is predominately grassed with shorter grass in the middle. |
| Photo 11 | 2011-06-17--09.53.15.JPG | N 39.1568386667 , W -78.9348301333 | View between House 6 (right) and House 7 (left). No feed bins or propane tanks. Area is vegetated with high grasses. Side vents are seen. |
| Photo 12 | 2011-06-17--09.54.20.JPG | N 39.1566477333 , W -78.9344586 | View between House 7 (right) and House 8 (left). Feed bins in foreground with propane tanks behind feed bins. Area is vegetated with high grasses. |
| Photo 13 | 2011-06-17--09.54.31.JPG | N 39.1566448 , W -78.9344652 | North end of House 8. Exterior of House 8 similar to House 1 (see photo 5). Access lane wraps around to east side of House 8. |
| Photo 14 | 2011-06-17--09.54.58.JPG | N 39.1565768 , W -78.9342966 | From the north end of House 8, view of the east side of House 8. Gravel access lane travels parallel to House 8. Side vents and exhaust fans for the tunnel ventilation system are seen. PVC pipes low on the house are for rodent control. Manure shed and compost shed on left. |
| Photo 15 | 2011-06-17--09.55.26.JPG | N 39.1565624667 , W -78.9342700667 | From north end of House 8, view of north end of all eight houses. Gravel access lane extends to entrance at far end. |
| Photo 16 | 2011-06-17--09.58.38.JPG | N 39.1558903333 , W -78.9345652667 | View of north end of Manure Shed. Manure Shed open on north end with low side walls. Manure shed is roofed and is without siding on all sided. The floor of the Manure Shed is concrete and extends outside. Stormwater ponding was observed near entrance inside the manure shed. Bedding is seen in southwest corner of the shed. |

C-2

| Photo Reference | Photo Filename[1] | Coordinates Where Photo Taken | Description |
|---|---|---|---|
| Photo 17 | 2011-06-17--10.00.14.JPG | N 39.1559436667, W -78.934504 | Concrete pad of manure shed extends the length of the compost shed. Compost shed sloped to drain water behind structure (east side). |
| Photo 18 | 2011-06-17--10.00.33.JPG | N 39.1558796667, W -78.9344508 | Wet area on the northwest corner of the concrete pad shows the drainage pattern flows into the vegetated area to the north of the gravel access lane. |
| Photo 19 | 2011-06-17--10.00.53.JPG | N 39.1558472667, W -78.9344801333 | Wet area on west side of the concrete in front of the access lane shows water drains to the south side of the gravel access lane. |
| Photo 20 | 2011-06-17--10.01.43.JPG | N 39.1559248, W -78.9345778 | View of the vegetated area to the north of the compost/manure shed concrete pad. |
| Photo 21 | 2011-06-17--10.01.50.JPG | N 39.155939, W -78.9346165333 | View of the vegetated area between the manure shed and the access lane along House 8. |
| Photo 22 | 2011-06-17--10.04.51.JPG | N 39.1555174667, W -78.9352164 | From south end of House 8, view of south end of all eight houses. Gravel access lane extends to House 1 at far end. Gravel is different from the gravel along the north end and east side of House 8. |
| Photo 23 | 2011-06-17--10.05.00.JPG | N 39.1555240667, W -78.9352002 | South end of House 8. House 8 has sliding door with black, hard pack gravel (approx. 15') and extends from house (approx. 4') in front of doors. |
| Photo 24 | 2011-06-17--10.05.17.JPG | N 39.1555564667, W -78.9351964667 | Manure is observed on edge of grass line. |
| Photo 25 | 2011-06-17--10.05.21.JPG | N 39.1555611333, W -78.9351984667 | Manure is observed on edge of grass line. |
| Photo 26 | 2011-06-17--10.07.00.JPG | N 39.1555836667, W -78.9354190667 | Inlet to culvert (center) between Houses 7&8 that runs underneath access lane on the south end. |
| Photo 27 | 2011-06-17--10.08.15.JPG | N 39.1555914, W -78.9353835333 | Close up of culvert in Photo 26 |
| Photo 28 | 2011-06-17--10.09.20.JPG | N 39.1557793333, W -78.9355530667 | Inlet to culvert (center) between Houses 6&7 that runs underneath access lane on the south end. |
| Photo 29 | 2011-06-17--10.09.43.JPG | N 39.1557948, W -78.9355552 | Close up of culvert in Photo 28 |
| Photo 30 | 2011-06-17--10.10.25.JPG | N 39.1557728, W -78.9355998 | Corresponding outlet to the inlet, shown is Photos 28 & 29, between Houses 6&7. |
| Photo 31 | 2011-06-17--10.10.50.JPG | N 39.1557102, W -78.9356467333 | View of pasture beyond outlets with tree line demarking the approximate location of the stream. |

| Photo Reference | Photo Filename[1] | Coordinates Where Photo Taken | Description |
|---|---|---|---|
| Photo 32 | 2011-06-17--10.10.54.JPG | N 39.155707 ,W -78.9356456667 | More easterly view of the pasture shown in Photo 31. Fence (foreground) at Alt property boundary. |
| Photo 33 | 2011-06-17--10.11.00.JPG | N 39.1557022 ,W -78.9356440667 | More westerly view of the pasture shown in Photo 31. Fence (foreground) at Alt property boundary. |
| Photo 34 | 2011-06-17--10.12.42.JPG | N 39.1559406 ,W -78.935939 | General area of the inlet between Houses 5 & 6. |
| Photo 35 | 2011-06-17--10.38.10.JPG | N 39.156872 ,W -78.9375516667 | View of Mudlick Run. Stream is approximately 10' below a steep embankment. |
| Photo 36 | 2011-06-17--10.38.18.JPG | N 39.1568432 ,W -78.9375271333 | Slightly upstream view of Photo 35. |
| Photo 37 | 2011-06-17--10.38.31.JPG | N 39.1568352667 ,W -78.9375246667 | Slightly downstream view of Photo 35. |
| Photo 38 | 2011-06-17--10.40.35.JPG | N 39.157157 ,W -78.937082 | Area devoid of grass shows flow pattern of roof runoff from west side of House 1 into a vegetated ditch. |