# EXHIBIT H



Photo 2



Photo 4



Photo 1



Photo 3



Photo 6



Photo 8



Photo 5



Photo 7