# EXHIBIT I


Photo 10


Photo 12


Photo 9


Photo 11



Photo 14



Photo 16



Photo 13



Photo 15