# EXHIBIT J



Photo 18



Photo 20



Photo 17



Photo 19



Photo 21

Photo 22



Photo 23



Photo 24