# EXHIBIT K



Photo 26



Photo 28



Photo 25



Photo 27



Photo 30



Photo 32



Photo 29



Photo 31