# EXHIBIT L



Photo 34



Photo 36



Photo 33



Photo 35



Photo 38



Photo 37