UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| LOIS ALT, d/b/a EIGHT IS ENOUGH, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-CV-00042-JPB |
| ) | |
| AMERICAN FARM BUREAU ) | |
| and WEST VIRGINIA FARM BUREAU, ) | |
| ) | **UNITED STATES' NOTICE OF FILING** |
| Plaintiff-Intervenors, ) | **[PROPOSED] SURREBUTTAL** |
| v. ) | **IN RESPONSE TO PLAINTIFFS'** |
| ) | **[PROPOSED] SURREPLY** |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| POTOMAC RIVERKEEPER, WEST ) | |
| VIRGINIA RIVERS COALITION, ) | |
| WATERKEEPER ALLIANCE CENTER ) | |
| FOR FOOD SAFETY, FOOD & WATER ) | |
| WATCH ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

Plaintiffs' filed a Motion for Leave of Court to File a Surreply [Doc. 138] ("Motion") on October 11, 2013, and attached thereto their [proposed] Surreply as Exhibit A. The United States filed an opposition to the Motion on October 15, 2013 (Doc. 140) and, in that opposition, requested leave to file a Surrebuttal in response to Plaintiffs' Surreply on or before October 18, 2013, if the Court should grant the Plaintiffs' Motion. As the Court has not yet ruled upon the Motion or the alternative relief requested by the United States in its opposition to that Motion, we are submitting as Exhibit A our Proposed Surrebuttal for filing in the event the Court grants the Motion and permits the filing of the Surreply and Surrebuttal.

1

Respectfully submitted,

WILLIAM J. IHLENFELD, II
United States Attorney

/s/   Betsy Steinfeld Jividen
BETSY STEINFELD JIVIDEN
Assistant United States Attorney, WV Bar #3592
1125 Chapline St., P.O. Box. 591
Wheeling, WV 26003
Phone: (304) 234-0100
Fax: (304) 234-0112

ROBERT G. DREHER
Acting Assistant Attorney General

CYNTHIA J. MORRIS
AMANDA SHAFER BERMAN
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611/Washington, D.C. 20044
Phone: (202) 616-7554 (Morris)
Phone: (202) 514-1950 (Berman)
Fax: 202-514-8865
Email: c.j.morris@usdoj.gov
Email: amanda.berman@usdoj.gov
Counsel for Defendant EPA

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2013, I electronically filed the foregoing United States' Notice of Filing [Proposed] Surrebuttal in Response to Plaintiffs' [Proposed] Surreply with the Clerk of the Court using the CM/ECF system, which will send electronic notification to counsel of record.

/s/   Betsy Steinfeld Jividen
BETSY STEINFELD JIVIDEN
Assistant United States Attorney, WV Bar #3592
1125 Chapline St., P.O. Box. 591
Wheeling, WV 26003
Phone: (304) 234-0100
Fax: (304) 234-0112